```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO MD PC,

                Plaintiff,

-against-

MAPFE LIFE INSURANCE COMPANY,

                Defendant.

25-CV-01576 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On February 25, 2025, Plaintiff filed a complaint seeking to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Plaintiff shall file and serve any additional materials with which it intends to support its complaint by **March 27, 2025**. Defendant's opposition, if any, is due on **April 10, 2025**. Plaintiff's reply, if any, is due **April 17, 2025**.

      Plaintiff shall serve the complaint and all supporting papers, as well as this Order, upon Defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **March 27, 2025**, and shall file an affidavit of such service with the Court no later than **March 28, 2025**.

Dated: March 6, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge