UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCESCO GARGANO MD PC,

                Plaintiff,

-against-

MAPFE LIFE INSURANCE COMPANY et al.,

                Defendants.

25-CV-01576 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

    The Court having been advised that Plaintiff has voluntarily dismissed without prejudice all claims against MAPRE Life Insurance Company (incorrectly named as "MAPFE Life Insurance Company"), *see* Dkt. No. 15, and has voluntarily dismissed with prejudice all claims against MAPFRE Puerto Rico (incorrectly named as "MAPFE Puerto Rico"), *see* Dkt. No. 18, it is hereby ORDERED that the above-entitled action is DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action within **30 days** of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

    If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to CLOSE the case.

Dated: May 30, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge